IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ALONZO HARRIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LAW OFFICE OF MICHAEL )<br>MOSER, )<br>)<br>Defendant. )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 09-150<br><br>Judge Nora Barry Fischer<br>Magistrate Judge Lisa Pupo Lenihan |

## **MEMORANDUM ORDER**

Plaintiff's complaint was received by the Clerk of Court on 2/23/09 and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The Magistrate Judge's report and recommendation, filed on 2/27/09 recommended that Plaintiff's complaint be dismissed and the Court decline to exercise jurisdiction over any state law claim. Service was made on plaintiff at his address of.  No objections to the report and recommendation were filed.  After review of the pleadings and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this ___ day of _____, 2009;

IT IS HEREBY ORDERED that the Complaint in this matter is **DISMISSED**.

IT IS FURTHER ORDERED that the report and recommendation of Magistrate Judge Lenihan, dated 2/27/09, is adopted as the opinion of the court.

*Nora Barry Fischer*
Nora Barry Fischer
United States District Judge

cc: Lisa Pupo Lenihan
U.S. Magistrate Judge

**MICHAEL ALONZO HARRIS**
#21439
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219-3100